IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RICARDO VALDEZ,

        Plaintiff,                  No. 2:12-cv-2867 GEB EFB P

       vs.

MATTHEW CATE, et al.,

        Defendants.          <u>ORDER</u>

                                   /

      On November 21, 2012, plaintiff commenced a civil rights action in this court with a form complaint accompanied by nearly two hundred pages of exhibits. *Valdez v. Cate*, No. 2:12-cv-2854, Dckt. No. 1. On November 26, 2012, plaintiff commenced this action, with a nearly identical form complaint accompanied by what appear to be the same exhibits. If plaintiff did not intend to commence two separate civil rights actions, he may file a notice of voluntary dismissal pursuant to Rule 41 of the Federal Rules of Civil Procedure and proceed on the action he filed first. But if plaintiff intends to proceed with this lawsuit, he must pay the $350 filing fee required by 28 U.S.C. § 1914(a) or request leave to proceed *in forma pauperis* and submit the affidavit and trust account statement required by 28 U.S.C. § 1915(a). Plaintiff has neither paid the fee nor submitted a proper application for leave to proceed in forma pauperis.

////

1

1   Accordingly, plaintiff has 30 days from the date of service of this order to submit either
2 the filing fee or the application required by § 1915(a).  The Clerk of the Court is directed to mail
3 to plaintiff a form application for leave to proceed in forma pauperis.  Failure to comply with this
4 order will result in a recommendation that this action be dismissed.
5   So ordered.
6 Dated:  November 29, 2012.

                EDMUND F. BRENNAN
                UNITED STATES MAGISTRATE JUDGE