UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICARDO VALDEZ,<br><br>             Plaintiff,<br><br>     v.<br><br>MATTHEW CATE, et al.,<br><br>             Defendants. | No.  2:12-cv-2867-TLN-EFB P<br><br><br><br>ORDER |

This civil rights action was closed on January 23, 2014, pursuant to plaintiff's notice of voluntary dismissal. ECF Nos. 32 & 33. Before the case was closed, defendants had filed motions to dismiss. ECF Nos. 27 & 30. Now, over six years later, and with no explanation, plaintiff has filed a "motion in response to dismissal motion of defendants." ECF No. 34. The court takes no action on plaintiff's filing as this case is now closed. Plaintiff is further informed that the court will not respond to future filings in this closed action that are not authorized by the Federal Rules of Civil Procedure or the Federal Rules of Appellate Procedure.

So ordered.

Dated: October 28, 2020.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE